IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Frank D. Thompson, Jr.,

        **Plaintiff,**

vs.                                               Case No. 2:12–cv–272

**Commissioner of Social Security,**         Judge Watson
                                                      Magistrate Judge Abel

        **Defendant.**

## ORDER

On April 5, 2013, the United States Magistrate Judge recommended that the decision of the Commissioner be affirmed and plaintiff's statement of specific errors be overruled. *Report and Recommendation* 23, ECF No. 18. Although the parties were advised of their right to object to the recommendation within fourteen days and of the consequences of their failure to do so, there has nevertheless been no objection.

The *Report and Recommendation*, ECF No. 18, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner is **AFFIRMED** and the plaintiff's statement of specific errors is **OVERRULED**. The Clerk is directed to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

    **IT IS SO ORDERED.**

                                                                */s/ Michael H. Watson*
                                                                 MICHAEL H. WATSON, JUDGE
                                                                 UNITED STATES DISTRICT COURT